AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1 25-cv-06357-DG-SDE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Coverright Insurance Services Inc.</u> was received by me on *(date)* <u>Nov 17, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Megan Saunders, Paralegal, Registered Agents, Inc.</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Coverright Insurance Services Inc. at 82 Wendell Ave, Suite 100, Pittsfield, MA 01201</u> on *(date)* <u>Wed, Nov 19 2025 @ 11:50am</u>; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $

I declare under penalty of perjury that this information is true.

Date: 11/20/2025

*Server's signature*

BRAD MEHRING Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 19, 2025, 11:50 am EST at 82 Wendell Ave., Suite 100, Pittsfield, MA 01201 received by Megan Saunders, Paralegal . Age: 28; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'7"; Hair: Brown;

**Documents Served:** image001.pngSummons in a Civil Action; Civil Cover Sheet; Complaint Jury Trial Demanded