UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

CHET MICHAEL WILSON, individually and behalf
of all others similarly situated,

                  Plaintiff,

     -against-

COVERRIGHT INSURANCE SERVICES INC.,

                  Defendant.
----------------------------------------------------------------x

Case No. 1:25-cv-06357

**STIPULATION EXTENDING
TIME TO ANSWER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective

parties herein, that:


     1.     The deadline for Defendant CoverRight Insurance Services, Inc. ("Defendant") to

Answer or otherwise Respond to Plaintiff's Complaint is currently December 10, 2025;


     2.     The parties have agreed to an extension of time for Defendant to file a responsive

pleading;


     3.     Defendant's time to Answer or otherwise Respond to the Complaint is extended to

January 12, 2026.


Date: December 5, 2025

**SO STIPULATED:**

**PARONICH LAW, P.C.**

By: */s/ Anthony I. Paronich*

Anthony I. Paronich, Esq.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

*Attorneys for Plaintiff*


**COZEN O'CONNOR**

By:*/s/ Rachel B. Soloman*

Rachel B. Soloman, Esq.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007

*Attorneys for Defendant CoverRight Insurance Services, Inc.*