IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : | CIVIL ACTION FILE NO. 25-cv-6357 |
|---|---|---|
| Plaintiff, | : | |
| v. | : | |
| COVERRIGHT INSURANCE SERVICES INC. | : | |
| Defendant. | : | |

### DISCOVERY PLAN AND [PROPOSED] SCHEDULING ORDER

Upon consent of the parties, it is hereby ORDERED as follows:

**I.   Case Management Schedule**

| Event | Proposed Deadline (*Write "Complete" if done or "N/A" if not applicable*) |
|---|---|
| **Exchange of Fed R. Civ. P. 26(a)(1) disclosures** (*Presumptively on or before the initial conference*) | February 26, 2026 |
| **Exchange of initial interrogatories and document requests** (*Presumptively on or before the initial conference*) | February 26, 2026 |
| **Amendment of pleadings absent leave of the Court** | April 27, 2026 |
| **Joinder of additional parties** | April 27, 2026 |
| **Completion of fact discovery** (*Presumptively no more than 90-150 days after the initial conference*) | July 27, 2026 |

1

| | |
|---|---|
| **Service of Plaintiff(s) expert disclosures** | August 26, 2026 |
| **Service of Defendant(s) expert disclosures** | September 25, 2026 |
| **Completion of all discovery** <br> (*Presumptively 240 days after the initial conference*) | November 25, 2026 |
| **Deadline to initiate dispositive motion practice** <br> (*Unless the parties consent to Judge Eichenholtz, this date must be consistent with the assigned District Judge's Individual Practices and Rules*) | December 28, 2026, including a motion for class certification. |

**II.   Other Matters Addressed During Parties' Rule 26(f) Conference**

1. The parties propose that the Court hold a settlement conference or refer the case to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8 at the following point in discovery (*e.g.* as soon as possible, prior to depositions, after depositions of the parties, prior to expert discovery, etc.):

   At the close of expert discovery (Plaintiff); As soon as possible (Defendant)
   _____

   Check all that apply:
   X□ Parties request a settlement conference with the Court  (Defendant)
   □ Parties request a referral to Court-annexed Mediation
   X□ Parties intend to pursue a private mediation or arbitration (Plaintiff)

2. Have the parties discussed the existence of **electronically stored information (ESI)** and discussed the location and production of such information, as required by Fed. R. Civ. P. 26?  □X Yes   □ No

3. Have the parties agreed to an **ESI protocol**? □ Yes   □ No  □ Not applicable (In Progress)

4. Have the parties discussed issues and reached agreement about how they will handle **claims of privilege or protection as trial preparation materials**?
   X□ Yes   □ No

5. If the parties are requesting that the Court issue any additional discovery related orders, including any proposed order related to the timing and method for complying with Rule 26(b)(5)(A) or asserting claims of privilege or protection as trial preparation materials after information is produced, please detail those requests below (adding additional rows if necessary):

| **Description of Proposed Order with Relevant Authority** | **Proposed Language** |
|---|---|
| Protective Order | To be e-filed under separate cover. |
|  |  |

6. The parties are asked to discuss the **option to consent to Judge Eichenholtz for all purposes** pursuant to 28 U.S.C. Section 636(c). Either or both parties may withhold consent without adverse consequences. If the parties agree to consent to Judge Eichenholtz, they are encouraged file the consent form (available at https://www.nyed.uscourts.gov/sites/default/files/uploads/mjconsentform.pdf) prior to the initial conference. Check one of the options below:

    ☐ The parties have discussed the option and **all parties consent**. The parties will file the consent form prior to the initial conference.

    X☐ The parties have discussed the option and one or more parties **do not consent** at this time.[1]

---

[1] As a reminder, for cases assigned directly to Judge Eichenholtz under the Eastern District of New York's Direct Assignment Program, the parties must file an acknowledgement form within seven days of the initial conference if they do not consent.

Rev. 1/5/2026                                             3

The dates proposed in this Scheduling Order may be altered or amended only upon a showing of good cause not foreseeable as of the date of this order.

CONSENTED BY:

| Attorney for Plaintiff | Attorney for Defendant(s) |
|---|---|
| Name: Anthony I. Paronich | Name: Rachel B. Soloman |
| Address: 350 Lincoln Street, Suite 2400 Hingham, MA 02043 | Address: 3 WTC, 175 Greenwich Street, 55th Floor, New York, NY 10007 |
| Telephone: (617) 485-0018 | Telephone: (212) 908 - 1378 |
| Email: anthony@paronichlaw.com | Email: rsoloman@cozen.com |

**SO ORDERED:**

Dated: Brooklyn, New York

_____

_____
**SETH D. EICHENHOLTZ**
United States Magistrate Judge