IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHET MICHAEL WILSON**, Individually and on behalf of all Others similarly situated, | CASE NO:     1:25-cv-06357 |
| Plaintiff, | The Hon. Diane Gujarati |
| v. | |
| **COVERRIGHT INSURANCE SERVICES INC.**, | |
| Defendant. | |

**DEFENDANT COVERRIGHT INSURANCE SERVICES INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant CoverRight Insurance Services Inc. ("Defendant") states as follows:

Defendant's parent corporation is CoverRight Inc. Further, no publicly held corporation owns 10% or more of Defendant's stock.

Plaintiff does not purport to invoke jurisdiction based on diversity under 28 U.S.C. § 1332(a), and therefore Rule 7.1(a)(2) does not apply.

Dated:  February 17, 2026

**COZEN O'CONNOR**

<u>/s/ Rachel B. Soloman</u>
Rachel Bevans Soloman
3 WTC
175 Greenwich St., 55th Floor
New York, NY 10007
Tel: (212) 908 – 1378
Rsoloman@cozen.com

Max E. Kaplan (*pro hac vice* admission to be sought)
One Liberty Place
1650 Market Street, Ste. 2800
Philadelphia, Pennsylvania 19103
Tel:  (215) 665-2084

Fax:  (215) 665-2013
mkaplan@cozen.com


*Attorneys for Defendant*
*CoverRight Insurance Services Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on February 17, 2026 I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing on all parties of record.

*/s/ Rachel B. Soloman*
Rachel B. Soloman