**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : | CIVIL ACTION FILE NO. 25-cv-6357 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COVERRIGHT INSURANCE SERVICES INC. | : | |
| | : | |
| Defendant. | : | |
| | / | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P.

41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed

without prejudice.

RESPECTFULLY SUBMITTED AND DATED this April 1, 2026.


 /s/ *Anthony I. Paronich*
Anthony I. Paronich,
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com
*Attorneys for Plaintiff*

*/s/ Rachel Bevans Soloman*
Rachel Bevans Soloman
COZEN O'CONNOR
3 WTC, 175 Greenwich Street
New York, NY 10007
Telephone: (212) 509-9400
Email: rsoloman@cozen.com
*Attorneys for Defendant*